NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3093

JEWEL MARSHALL-MOSBY,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH0752080296-I-1.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Jewel Marshall-Mosby moves motion for reconsideration of the court's order dismissing her petition for review for failure to file an appendix.

The court sua sponte grants Marshall-Mosby an extension of time to file her reply brief and the appendix.

Accordingly,

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition is reinstated.

FOR THE COURT

JUL 29 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David Ratowitz, Esq.
    Jeffrey D. Klingman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 29 2009

JAN HORBALY
CLERK